# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DONNIE JUSTIN WHITE**, | ) | |
| Plaintiff, | ) | Civil Action No. 7:22cv00352 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **SGT. J.D. COPE, et al.**, | ) | By: Pamela Meade Sargent |
| Defendants. | ) | United States Magistrate Judge |

Plaintiff Donnie Justin White, a former inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983. In a notice received December 27, 2023, White advised the court that he had been released from incarceration and he provided the court with an updated address. (*See* Docket Item No. 34.)

By Order entered December 27, 2023, the court advised White that, because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* Docket Item No. 35.) The court ordered White to pay the balance of the filing fee or otherwise respond to the Order within 30 days. The court provided an application to proceed in forma pauperis as a non-inmate with the Order and warned White that failure to pay the filing fee or otherwise respond to the Order would result in immediate dismissal of the action without prejudice.

To date, White has not responded to the court's Order. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's Order.

**ENTERED**: January 31, 2024.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE